**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6978**

_____

SILVER BUCKMAN,

                  Petitioner - Appellant,

       v.

WARDEN REHERMAN, Federal Bureau of Prisons,

                  Respondent - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:20-cv-00277)

_____

Submitted:  May 27, 2021                         Decided:  June 4, 2021

_____

Before AGEE and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Silver Buckman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Silver Buckman, a federal prisoner, seeks to appeal the magistrate judge's order denying her motion to treat her 28 U.S.C. § 2241 petition as urgent. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Buckman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*